UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:  Case No. 14-34745-H2-13

Ray Rosa, Jr.

Debtor(s)

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

William E. Heitkamp, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/29/2014.

2) The plan was confirmed on 01/29/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/16/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2016, 10/26/2016, 09/06/2017.

5) The case was dismissed on 03/19/2018.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $15,655.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

| Receipts: | |
|---|---:|
| Total paid by or on behalf of the debtor | $19,160.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$19,160.00** |

| Expenses of Administration: | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,957.37 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $714.30 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,671.67** |
| Attorney fees paid and disclosed by debtor: | $200.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNTS RECEIVABLES CONSUL | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| ALLSTATE INSURANCE COMPANY | Unsecured | 4,920.17 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 1,071.38 | 1,071.38 | 1,071.38 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 807.04 | 807.04 | 807.04 | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,195.37 | NA | NA | 0.00 | 0.00 |
| BILL DEMBSKI | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 590.87 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY SE | Unsecured | 272.01 | NA | NA | 0.00 | 0.00 |
| COMPLETE PAYMENT RECOVERY SE | Unsecured | 217.54 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATION | Unsecured | 272.01 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 10,011.80 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/NELN | Unsecured | 4,905.00 | NA | NA | 0.00 | 0.00 |
| DR RANDALL MADSEN | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| ECMC - EDUCATIONAL CREDIT MGM | Unsecured | 18,426.19 | 18,497.12 | 18,497.12 | 0.00 | 0.00 |
| FIRST CONVENIENCE BANK | Unsecured | 897.51 | 1,763.76 | 1,763.76 | 0.00 | 0.00 |
| GARNER, FAMOSE T | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE*** | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,001.82 | NA | NA | 0.00 | 0.00 |
| JOHN NELSON | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK | Unsecured | 1,453.90 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF AM | Unsecured | 43.93 | NA | NA | 0.00 | 0.00 |
| MED ONE CAPITAL | Unsecured | 44,000.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL HERMANN CREDIT UNIO | Unsecured | 803.00 | 802.71 | 802.71 | 0.00 | 0.00 |
| MERCHANTS & PROFESSIONAL | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| MICHELLE PURVIS | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MICHELLE SCOTT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| MONARCH RECOVERY MANAGEMEN | Unsecured | 679.00 | NA | NA | 0.00 | 0.00 |
| NIMESH PATEL MD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Secured | 18,695.12 | 18,695.12 | 18,695.12 | 8,575.70 | 2,523.75 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PREMIER BANK CARD/CHARTER | Unsecured | 679.00 | 679.40 | 679.40 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 4,440.24 | NA | NA | 0.00 | 0.00 |
| RECOVERY SERVICES INC | Unsecured | 217.54 | NA | NA | 0.00 | 0.00 |
| RONALD CHARLES MD | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 18,192.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWESTERN BELL TELEPHONE | Unsecured | 285.78 | NA | NA | 0.00 | 0.00 |
| TEK COLLECT | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| TEXAS GUARANTEED STUDENT LOA | Unsecured | 39,696.09 | 40,646.46 | 40,646.46 | 0.00 | 0.00 |
| TXU ENERGY RETAIL COMPANY | Unsecured | 716.00 | 1,135.69 | 1,135.69 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 18,920.69 | 19,338.45 | 19,338.45 | 0.00 | 0.00 |
| US RECOVERY SVC | Unsecured | 507.00 | 506.53 | 506.53 | 0.00 | 0.00 |
| WELLS FARGO BANK N.A | Unsecured | 1,699.00 | 1,699.96 | 1,699.96 | 0.00 | 0.00 |
| WELLS FARGO BANK N.A | Unsecured | NA | 492.28 | 492.28 | 0.00 | 0.00 |
| WELLS FARGO BANK N.A | Unsecured | NA | 683.48 | 683.48 | 0.00 | 0.00 |
| WESTLAKE SERVICES INC | Secured | 7,822.20 | 7,822.20 | 7,822.20 | 3,378.71 | 1,010.17 |
| WOODFOREST NATIONAL BANK | Unsecured | 3,135.25 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $26,517.32 | $11,954.41 | $3,533.92 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,517.32** | **$11,954.41** | **$3,533.92** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,124.26** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,671.67 |
| Disbursements to Creditors | $15,488.33 |
| **TOTAL DISBURSEMENTS :** | **$19,160.00** |

**UST Form 101-13-FR-S (9/1/2009)**

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/20/2018        By: /s/ William E. Heitkamp
                                                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**